FILED
IN CLERK'S
US DISTRICT

★ OCT 15 2015

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
WAYNE DUNN,

                      Plaintiff,

  -against-

CHURCH AVENUE PARK, LLC, and
LILLY ISHAY,

                      Defendants.
-------------------------------------------------------------- x

No. 15-cv-246(SJ)(JO)

**STIPULATION OF DISMISSAL**

       IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs;

       IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the Parties' Settlement Agreement.

       IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: July 9, 2015

By: _____
Eric S. Tilton, Esq.
of counsel to Goldberg and Weinberger LLP
56 Dayton Road
Redding, Connecticut 06896
(631) 629-5291

*Counsel for Defendants*

**SO-ORDERED**

/s/ USDJ JOHNSON
_____
The Hon. Sterling Johnson, Jr., USDJ

Dated: July 1, 2015

By: _____
Casey Wolnowski, Esq.
Phillips & Associates PLLC
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431

*Counsel for Plaintiff*

Dated: Brooklyn, New York
_____, 2015

15